TRIAL COURT CASE NO. D-1-GN-12-000807

§
§ IN THE DISTRICT COURT
§
§ 345th COUNTY, TEXAS
§
§ JUDICIAL DISTRICT

## DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: May 28, 2015

Type of Order (Interlocutory or Final) Final Judgment

Date Motion for New Trial Filed: 0

Request for Findings of Fact and Conclusions of Law filed: June 17, 2015

Date Notice of Appeal Filed: June 26, 2015

Name of judge who entered judgment: Orlinda L. Naranjo

Name of court reporter:_____

   Address of court reporter:_____

Name of attorney on appeal: N. Matthew Williams SB#: 24047715

   Attorney Address: 12117 Bee Caves Rd; Ste 260 Austin, TX 78738

   Attorney E-Mail Address: matt@hopkinswilliams.com

   Attorney on appeal (check applicable box):

        ☐ appointed        ☒ retained        ☐ Pro Se

Name of Appellee's Attorney: Brian Deitch       SB# 05644550

   Attorney Address: 800 Rio Grande St Austin, TX 78701

   Attorney E-Mail Address: brian@dhpc-law.com

## Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____        By:_____(clerk's initials)